# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE/ARRAIGNMENT/PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 26-CR-0094 (PJS) |
| | ) | Date: July 16, 2026 |
| | ) | Court Reporter: Janell Gruber |
| Cynthia Allen, | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 15 |
| | ) | Time Commenced: 10:00 a.m. |
| | ) | Time Concluded: 10:36 a.m. |
| | | Sealed Hearing Time: |
| | | Time in Court: 36 Minutes |

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:        Aldous Brant Cook, DOJ Trial Attorney
    For Defendant:    Sellano L. Simmons, Sr.  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

PROCEEDINGS:
    ☒ **Arraignment** on ☒ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☒ **Initial Appearance.**
    ☒ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count 1 of the Information.
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒    Presentence Investigation and Report requested.
    ☒    Released on personal recognizance bond subject to conditions of release.
    ☒    **~Util Set/Reset Hearings:**  Sentencing Hearing to be scheduled at a later date before Judge Patrick J. Schiltz.
    ☐    Defendant remanded to the custody of the U.S. Marshal.

s/CJS
Courtroom Deputy
